UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID L. TRANSUE,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C06-5218-RBL/KLS<br><br><br><br>ORDER FOR REMAND |

    Based upon review of the file, and noting the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings as set out in the stipulation of the parties.

    On remand, the case will be referred to a different Administrative Law Judge (ALJ) for adjudication. The ALJ will be directed to offer Plaintiff a new hearing. At the hearing, Plaintiff will be given the opportunity to present additional evidence and/or arguments. The ALJ will be directed to evaluate the severity of Plaintiff's peripheral neuropathy and cellulitis and the

Page 1    ORDER - [C06-5218-RBL]

work-related effects of these conditions. The ALJ will be directed to obtain the assistance of medical expert(s) to help assess the medical evidence and the non-exertional limitations reasonably arising from Plaintiff's impairments. The ALJ will be directed to evaluate the lay witness statement from Plaintiff's mother. The ALJ will be directed to evaluate Plaintiff's residual functional capacity. The ALJ will be directed to obtain supplemental vocational expert testimony at step 5 of the sequential evaluation process. The ALJ will be directed to take any further action necessary to render a new decision in this matter.

Reasonable attorney fees will be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 4th day of October, 2006.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

   s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presentd by:

s/ TERRYE E. SHEA,   WSB # 27609
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2143
Fax:     206-615-2531
terrye.shea@ssa.gov

Page 2       ORDER - [C06-5218-RBL]